*99 N. J. Eq.*        Heine *v.* Hayden.

No. 15—

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, KA-LISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ.   12.

*For reversal*—PARKER, MINTURN, JJ.   2.

---

M. CASEWELL HEINE et al., receivers, &c., respondents,

*v.*

CHARLES R. HAYDEN et al., appellants.

[Decided February 1st, 1926.]

On appeal from an order of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *98 N. J. Eq. 38,* under the name of *Stanber* v. *Sims Magneto Co.*

*Mr. William Harris,* for the respondents.

*Messrs. Lum, Tamblyn & Colyer,* for the appellants.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, BLACK, KATZENBACH, CAMPBELL, LLOYD, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ.   12.

*For reversal*—KALISCH, WHITE, GARDNER, JJ.   3.